# SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW

March 12, 2025

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

      Re:    U.E. v. Monticello Central School District, et al.
               Case No.: 24-CV-07606 (KMK)

Dear Judge Karas:

Our office represents Defendants Monticello Central School District and Bernadine Prince, and we are writing with the consent of all parties to respectfully request an extension of time for the submission of the parties' motions to dismiss in this matter.

Pursuant to the current briefing schedule, motions to dismiss on behalf of the Defendants and the Co-Defendants are due by March 18, 2025. The Associate who had been handling this matter recently left our firm and, as we transition his cases to others in the office, we will need additional time to prepare our motion. In addition, the parties agree that it is most efficient for there to be a single set of deadlines governing this motion practice. Therefore, we respectfully request that the current deadline be extended to April 18th and that the deadlines for opposition and reply briefs be adjusted accordingly as follows: Motions due by April 18th, Opposition due by May 19th, and Replies due by June 2nd.

We have consulted with Counsel for the Plaintiff and the Co-Defendants, who have consented to this request.

Thank you for Your Honor's consideration of this request.

Granted.

So Ordered
3/12/25

Respectfully yours,

**SILVERMAN & ASSOCIATES**

Gerald S. Smith

To: **VIA ECF**
*All Counsel of Record*

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com